Lisa FELICIANO, Plaintiff–Appellant,

v.

The REGER GROUP; Manufacturing Industrial Base Police; Jessica Vance; Rory Calhoun; Stephen Hull, Defendants–Appellees.

No. 14–1260.

United States Court of Appeals, Fourth Circuit.

Submitted: May 29, 2014.

Decided: June 2, 2014.

Lisa Feliciano, Appellant Pro Se. Randy Carl Sparks, Jr., Kaufman & Canoles, PC, Richmond, Virginia, for Appellees.

Before SHEDD, WYNN, and THACKER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lisa Feliciano appeals the district court's order dismissing her complaint for failing to state a claim. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Feliciano v. The Reger Grp.,* No. 1:13–cv–01572–AJT–TCB (E.D.Va. Mar. 7, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and ar-

gument would not aid the decisional process.

*AFFIRMED.*